**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DIANA PINNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:12-cv-03067 |
| v. | ) |
| | ) NOTICE OF SETTLEMENT |
| JOHN C. BONEWICZ, P.C. | ) |
| | ) |
| | ) |
| Defendant. | ) |

NOW COMES the Plaintiff, DIANA PINNER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached. The parties are in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.


Dated: December 31, 2012        By:/s/ Jonathan P. Hilbun
                                Jonathan P. Hilbun
                                Attorney for Plaintiff
                                2404 Middlecoff Drive
                                Gulfport MS 39507
                                Tel: 504-214-0459
                                jonathan.hilbun@gmail.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 31, 2012, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

                By: /s/ Jonathan P. Hilbun
                Jonathan P. Hilbun
                Attorney for Plaintiff