RECEIVED
JAN - 2 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DIANA PINNER | : | DOCKET NO. 3:12-3067 |
| VS. | : | JUDGE TRIMBLE |
| JOHN C. BONEWICZ PC | : | MAGISTRATE JUDGE KAY |

### 60 DAY JUDGMENT OF DISMISSAL

Pursuant to a Notice of Settlement (R. #3) filed by plaintiff advising the court that the above caption cased has settled,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate judgment of dismissal as soon as the settlement documents are executed. If no motion is filed to reopen, the case is officially closed and the clerk of Court shall be relieved from the responsibility of sending out further notice in this matter.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2nd day of January, 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE